IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARIYA KOSOVAN,                          No. CIV-S-04-1255 MCE/PAN

      Plaintiff,

  v.                                     <u>ORDER</u>

JO ANNE B. BARNHART,
Commissioner of Social
Security,

      Defendant.
_____/

    This matter is before the court for plaintiff's failure to show cause re why this action should not be dismissed. The matter were referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302. On April 18, 2005, Judge Nowinski filed findings and recommendation which were served on all parties and objections were to be filed within ten days after service. Neither party has filed objections to the findings and recommendation.

///

1

1  The court has reviewed the file and finds the findings
2 and recommendation to be supported by the record and by the
3 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4 that:
5      1.  The Findings and Recommendation filed April 18, 2005, are
6 adopted in full;
7      2.  This action is dismissed.
8 DATE: May 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2